**Appeal Dismissed and Memorandum Opinion filed June 25, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00305-CV

### JAYPAL C. REDDY A/K/A JAIPAL C. REDDY AND APARNA CHERUKUPALLI, Appellants

### V.

### NARASIMHA REDDY CHANDAMURI, Appellee

On Appeal from the County Court at Law No. 1
Jefferson County, Texas
Trial Court Cause No. 125718

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed December 17, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants did not make arrangements to pay for the record.

On April 17, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellants have not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan